NUMBER 13-06-533-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________ _


CITY OF HIDALGO, TEXAS MUNICIPAL FACILITIES 

CORPORATION, Appellant,


v.



MAURA REYES SANCHEZ DE QUINTANILLA, 

INDIVIDUALLY, ET AL., Appellees.

______________________________________________________ _


On appeal from the 332nd District Court


of Hidalgo County, Texas.


_____________________________________________________ _ 

MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellant, CITY OF HIDALGO, TEXAS MUNICIPAL FACILITIES CORPORATION,
perfected an appeal from an interlocutory order entered by the 332nd District Court
of Hidalgo County, Texas, in cause number C-2711-05-F. After the notice of appeal
was filed, the parties filed an agreed motion for entry of judgment dismissing claims
and appeal. In the motion, the parties state that plaintiffs/appellees no longer wish to
pursue their claims against defendant/appellant, thereby rendering this appeal moot
upon the court's entry of dismissal of those claims. 

 The Court, having considered the documents on file and the parties' agreed
motion, is of the opinion that the motion should be granted. The agreed motion to
dismiss is granted. The appeal is hereby DISMISSED with instructions to the trial court
to enter judgment in accordance with the parties' agreement. Costs of the appeal are
adjudged against the party incurring same.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 12th day of October, 2006.